UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

    Petitioner,

v.

DONALD R HOLBROOK,

    Respondent.

Case No. C17-1887-RAJ

ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ANY PENDING MOTIONS

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 13th day of February, 2018.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE MATTER
AND TO STRIKE ANY PENDING
MOTIONS - 1